FILED by _KL_ D.C.
JUL 31 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 14-8295-JMH
           Plaintiff )
                         ) REPORT COMMENCING CRIMINAL
    -vs-                 )         ACTION
                         )
    Frank Fiore          )       06558-104
           Defendant           USMS NUMBER

*******************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE   (W. PALM BEACH)
    U.S. District Court         FT. PIERCE
                        (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
*******************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7-29-14 _____ am/pm

(2) Language Spoken: English, Italian

(3) Offense(s) Charged: 21 USC 846, 841, 371, 2320

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: -54

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint to be filed/already filed
    Case# 14-8295-JMH

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 7-29-14   (9) Arresting Officer: MAX TRMM
(10) Agency: FDA             (11) Phone: 954-410-7146
(12) Comments: _____