AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

UNITED STATES MARSHALS SERVICE

JUL 2 8 2014

701 Clematis Street Suite 215
West Palm Beach, FL 33401

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 14-8295-JMH |
| FRANK FIORE | ) | |
| Defendant. | ) | |

FILED by ____ D.C.
JUL 3 1 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* FRANK FIORE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to possess schedule I, III and IV controlled substances with intent to distribute, in violation of 21 U.S.C. Sections 846 and 841(a)(1) and conspiracy to traffic in counterfeit drugs, in violation of 18 U.S.C. Sections 371 and 2320 (a)(4).

Date: 07/28/2014

*Issuing officer's signature*

City and state: West Palm Beach, Florida

JAMES M. HOPKINS, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-28-14, and the person was arrested on *(date)* 7-29 / 7-30-14
at *(city and state)* Pompano Beach, FL   by FDA

Date: 7-30-14

*Arresting officer's signature*

P. Jimenez DUSM
*Printed name and title*

9590219                    1404 0729 4015-J