UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-8295-JMH

UNITED STATES OF AMERICA

v.

FRANK FIORE,

    Defendant.

## GOVERNMENT'S NOTICE CONCERNING REPRESENTATIONS MADE AT PRETRIAL DETENTION HEARING

The United States respectfully notifies the Court of a factual error in our representations at the detention hearing in this matter.

At the detention hearing, the government proffered that the defendant, Frank Fiore, had directed the cooperating source and undercover agents to wire money into a particular bank account in payment for the drugs they purchased from Fiore and that Fiore and Joseph Gagliano were both signatories on that account. Fiore, through counsel, proffered that Gagliano was not a signatory. Neither party had evidence to support its proffer. The Court directed the government to confirm the facts and file this notice. The government's representation was inaccurate.

The account into which Fiore directed the funds to be deposited was account number **********8933 at BB&T, which is owned by Prestige Group Int. Inc. Fiore is the only signatory on this account. Fiore is also a signatory on two other corporate accounts at BB&T, account numbers ******2926 and ******9158, both of which are owned by a similarly named corporation, Prestige

Wholesale Distributors, Inc. Gagliano is a co-signatory on those accounts.

WHEREFORE, the government respectfully notifies the Court of a factual error in our representations at the detention hearing.

                          Respectfully submitted,

                          WIFREDO A. FERRER
                          UNITED STATES ATTORNEY

By:   s/ Marc Osborne
       Assistant United States Attorney
       Court ID# A5500796
       500 S. Australian Avenue, Suite 400
       West Palm Beach, Florida 33401
       Tel: (561) 209-1014
       marc.osborne@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2014, I will electronically file the foregoing with the Clerk of the Court.

s/ Marc Osborne
Assistant United States Attorney
